**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7411

EUPHRATES BEAN,

Plaintiff - Appellant,

v.

DR. MELVIN JOHNSON, Doctor; WAYNE HANDLEY, Director/Inmate Health Services; HEATHER RICHARDSON, Captain/Officer in Charge, Jail Operations; T. OSTULANO, Detective, #22183NPD,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:21-cv-01013-MSN-IDD)

Submitted:  October 19, 2023                    Decided:  October 23, 2023

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Euphrates Bean, Appellant Pro Se. Angela Boice Axselle, WIMBISH GENTILE MCCRAY & ROEBER, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Euphrates Bean appeals the district court's order granting summary judgment to Defendants in his 42 U.S.C. § 1983 action alleging deliberate indifference to Bean's serious medical needs.  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *Bean v. Johnson*, No. 1:21-cv-01013-MSN-IDD (E.D. Va. Aug. 23, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
